UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Romulo R Rodriguez,

               Plaintiff,

-against-

David Cardona and Simone Warehouse, LLC,

               Defendants.

24-CV-7082 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    As discussed at today's conference, the parties shall confer and submit a joint letter advising the Court whether it consents to a settlement conference before the undersigned, consents to a settlement conference before a Magistrate Judge, or requests referral to the District's Mediation Program by no later than May 28, 2025. If the parties consent to a settlement conference before the undersigned, the letter shall also contain the parties' availability for a conference in June.

    Additionally, the deadline for the completion of fact discovery is hereby EXTENDED to July 22, 2025. The joint status letter, previously due May 23, 2025, shall be due July 29, 2025. The deadline for the completion of expert discovery is hereby EXTENDED to September 2, 2025. The joint status letter, previously due July 7, 2025, shall by due September 9, 2025. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for July 15, 2025 at 11:00 a.m., is RESCHEDULED for September 16, 2025 at 11:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Dated: May 27, 2025
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge